## RETURN OF SERVICE

**State of Florida**  **County of WESTERN**  **District Court**

Case Number: 8:20-CV-1387 (TJM/ATB)

Plaintiff:
**SAIM SARWAR**
vs.
Defendant:
**LAKE PLACID HOTEL PARTNERS LLC**

For: TRISTAN W. GILLESPIE
THOMAS B. BACON, P.A.

Received by Caplan, Caplan & Caplan Process Servers on the 11th day of November, 2020 at 8:49 am to be served on LAKE PLACID HOTEL PARTNERS LLC, 850 RIDGE LAKE BLVD, #401, MEMPHIS, TN 38120. I, Charles Fimbres, do hereby affirm that on the _12_ day of _Novmb_, 20_20_ at _8:22_ A.m., executed service by delivering a true copy of the SUMMONS IN CIVIL ACTION AND COMPLAINT in accordance with state statutes in the manner marked below:

( ) **PUBLIC AGENCY:** By serving _____ as _____ Served the within-named agency by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

(X) **CORPORATE SERVICE/LLC:** By serving _Brandon Burkhard_ as _VP of Development_ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **CORPORATE REGISTERED AGENT:** By serving _____ as _____ Served the within-named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statutes.

( ) **CORPORATE REGISTERED AGENT EMPLOYEE:** By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081 (3)(a) and F.S. 48.091 as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) **CORPORATE SUBSTITUTE:** By serving _____ as _____ Served the named person at a residence by delivering a true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between the hours of 10 am and 12 pm.

( ) **NON SERVICE:** For the reason detailed in the Comments below.

**COMMENTS:** _5'8" 170# W-male-Glasses_

## RETURN OF SERVICE For 8:20-CV-1387 (TJM/ATB)

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

*[signature]*

PROCESS SERVER # A029
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2020034285
Ref: 4243

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:20-CV-1387 (TJM/ATB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lake Placid Hotel Partners, LLC
was received by me on *(date)* 11/12/2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Brandon Birkhead, VP, who is
designated by law to accept service of process on behalf of *(name of organization)* Lake Placid
Hotel Partners, LLC on *(date)* 11/12/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/12/20            _____
                              *Server's signature*

                         Charles Fineberg - Process Server
                              *Printed name and title*

                         22 N. Front St #1025
                         Memphis, TN 38103
                              *Server's address*

Additional information regarding attempted service, etc:

X _____

X Brandon Birkhead
   VP of Development

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| SAIM SARWAR | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:20-CV-1387 (TJM/ATB) |
| LAKE PLACID HOTEL PARTNERS LLC | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAKE PLACID HOTEL PARTNERS LLC
850 Ridge Lake Blvd #401,
Memphis, TN 38120

DATE 11/12/20 TIME 8:22 AM

INITIAL C7 BADGE# A029

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tristan W. Gillespie, Esq.
THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date: 11/10/2020

s/Susan Evans
*Signature of Clerk or Deputy Clerk*

4743