# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Saim Sarwar**

      Plaintiff

vs.                                 **CASE NUMBER: 8:20-cv-1387 (TJM/ATB)**

**Lake Placid Hotel Partners LLC**

      Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff had sought $5,270.00 in fees for 12.4 hours of work. The Court will reduce that to $4,340.00 for 12.4 hours of work. The Plaintiffs motion for attorneys fees and costs, dkt. # 18, is hereby GRANTED. Judgement is hereby ordered for the Plaintiff in the amount of $6,180, as follows: 1. $400.00 (filing fee) 2. $140.00 (service fees) 3. $650.00 (inspection fee) 4. $650.00 (post-judgment inspection fee) 5. $4,340.00 (attorneys fees) Total $6,180.00

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 21st day of March, 2022.

DATED: March 21, 2022

*[Signature]*
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk